In the Matter of the Application of GRAMERCY HOUSE & WINDOW CLEANING Co., INC. (Domestic Corporation), for an Order Dissolving Said Corporation on the Petition of ABRAHAM GLASNER. ABRAHAM GLASNER, Petitioner, Respondent; REGINA N. BRESSLER, Appellant.— Final order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CHARLES MUSARRA, as President of Local 308 of Wood, Wire & Metal Lathers' International Union, Respondent, v. WALTER M. MATTHEWS, as Treasurer of Local 46 of the Wood, Wire & Metal Lathers' International Union, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of CELIA NIRES, Petitioner, Appellant, General Guardian of the Person and Property of EUGENE NIRES and RUTH ELLEN NIRES, Infants. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES and Others, Respondents.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Undermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 335 WEST 101ST STREET CO., INC., Relator, Appellant, v. JAMES J. SEXTON and Others, Respondents. — Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ERNEST REICH, Respondent, v. THE GRISWOLD MANUFACTURING COMPANY, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NATHAN BROWN, Appellant, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, Appellant.— Judgment affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse that part of the judgment which dismisses the complaint and to grant a new trial.

BANK OF NEW YORK, as Trustee under an Agreement Made May 29, 1931, by GEORGE DRAPER and Others, Plaintiff, Respondent, v. THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Defendant, Appellant, and GEORGE DRAPER and Others, Defendants, Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of MAX BLOCK and Others, Petitioners, Appellants, for an Order under Article 78 of the Civil Practice Act, against PAUL J. KERN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission for the City of New York, Respondents.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM F. FOWLER and Others, Appellants, v. IRVING TRUST COMPANY, Trustee under an Indenture Dated December 15, 1927, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.